JUSTIN M. MYERS (10043)
Justin M, Myers, Attorney-at-Law, LLC
1122 W. South Jordan Pkwy, Ste. A
South Jordan, UT 84095
Telephone: (801) 572-0504
Facsimile: (801) 326-4706

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In Re:<br>RENE M CARCAMO<br><br>Debtor(s). | Case No.: 22-20621<br><br>Chapter:    13<br><br>Filed Electronically |
|---|---|

## NOTICE OF OBJECTION TO TRUSTEE'S MOTION TO DISMISS AND MOTION TO ABATE PLAN PAYMENTS AND APPLICATION FOR ALLOWANCE OF COMPENSATION AND NOTICE OF OPPORTUNITY FOR HEARING

**Hearing Date: September 13, 2023 at 2:30 p.m.
Objection Deadline: August 31, 2023**

---

**PLEASE TAKE NOTICE** that the Debtors have filed with the court an objection to Trustee's Motion to Dismiss and Motion to Abate Plan Payments and an Application for Allowance of Compensation.   A copy of the documents are attached.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this case.   (If you do not have an attorney, you may wish to consult with one).

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the motion then you or your attorney must:

    1. On or before, **August 31, 2023**, file with the Court a written Objection explaining your position at:

27nited States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, Utah 84101

If you mail your objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the objection deadline.   You must also serve a copy of your response upon the following via ECF or U.S. Mail: Justin M. Myers, 1122 W. South Jordan Parkway, Suite A, South Jordan, UT 84095.

2. Attend a hearing on **September 13, 2023 at 2:30 p.m.** before the Honorable William T. Thurman of the United States Bankruptcy Court, Federal Building, 350 South Main Street, Salt Lake City, Utah 84101.   This hearing will be conducted over Zoom.   Parties wishing to participate in hearings before the Honorable William T. Thurman should log into the hearing via Zoom at least ten (10) minutes before the scheduled date and time for the hearing:

**Zoom Meeting ID: 160 7523 8590**

**Zoom Passcode/Participant ID: 9626637**

Information regarding accessing the Zoom hearings can be found at the Court's website located at https://www.utb.uscourts.gov. There will be no further notice of the hearing and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.   In the absence of a timely filed objection, the undersigned counsel will ask the Court to enter an order approving the Motion without hearing.

DATED:   August 7, 2023

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Justin Myers_____

　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)

## CERTIFICATE OF MAILING

      Undersigned certifies that the copies of the **OBJECTION TO TRUSTEE'S MOTION TO DISMISS AND MOTION TO ABATE PLAN PAYMENTS and APPLICATION FOR ALLOWANCE OF COMPENSATION and NOTICE OF OPPORTUNITY FOR HEARING** was served on August 7, 2023, via ECF or first class U.S. Mail, postage prepaid, to the following: All parties listed on the attached mailing matrix maintained by the Court Clerk.

                                                  /s/ Justin Myers
                                                  _____
                                                  Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 22-20621<br>District of Utah<br>Salt Lake City<br>Mon Aug  7 11:41:17 MDT 2023 | 401(k) Plan Administrator<br>Albany<br>5995 W. Amelia Earhart Drive<br>Salt Lake City, UT 84116-3746 | CHECK CITY<br>PO BOX 970183<br>OREM UT 84097-0183 |
| Capital One Bank<br>Box 30285<br>Salt Lake City, UT 84130-0285 | Rene M Carcamo<br>1485 W. Carlos Drive<br>West Valley City, UT 84119-1413 | Client Services<br>3451 Harry S. Truman Blvd.<br>Saint Charles, MO 63301-9816 |
| Community Loan Servicing, LLC<br>c/o Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Express Recovery Service<br>2790 S. Decker Lake Drive<br>West Valley City, UT 84119-2057 | Granger Medical<br>P.O. Box 70658<br>Salt Lake City, UT 84170-0658 |
| Bryant Thomas Hinckley<br>Crook Legal Group PLLC<br>2150 South 1300 East<br>Suite 500<br>Salt Lake City, UT 84106-4375 | IC Systems<br>444 Highway 96 E<br>Saint Paul, MN 55127-2557 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Intermountain Healthcare<br>PO BOX 27808<br>Salt Lake City, UT 84127-0808 | Intermountain Medical Group<br>P.O. Box 34578<br>Seattle, WA 98124-1578 | Lon Jenkins tr<br>Ch. 13 Trustee's Office<br>465 South 400 East<br>Suite 200<br>Salt Lake City, UT 84111-3345 |
| Lakeview Loan Servicing, LLC<br>Community Loan Servicing, LLC<br>f/k/a Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gables, FL 33146-1839 | Lakeview Loan Servicing, LLC<br>PO Box 60509<br>City of Industry, CA 91716-0509 | Lippman Recupero<br>Box 13928<br>Tucson, AZ 85732-3928 |
| Loancare<br>Isaoa/Atima<br>Box 202049<br>Florence, SC 29502-2049 | Lundberg & Associates<br>3269 South Main St. #100<br>Salt Lake City, UT 84115-3773 | Markosian Auto<br>4238 S. Redwood Road<br>Salt Lake City, UT 84123-2220 |
| Markosian Auto<br>4238 South Redwood Road<br>Salt Lake City, UT 84123-2220 | Mark S. Middlemas<br>Halliday Watkins & Mann<br>376 East 400 South<br>Suite 300<br>Salt Lake City, UT 84111-2906 | Mountain Land Collections LLC<br>PO BOX 1280<br>American Fork, UT 84003-6280 |
| Justin M. Myers<br>Justin M. Myers, Attorney-at-Law, LLC<br>1122 W. South Jordan Pkwy.<br>Suite A<br>South Jordan, UT 84095-5506 | Quinn Kofford<br>43 N. 470 W.<br>American Fork, UT 84003-2267 | (p)RC WILLEY HOME FURNISHINGS  INC<br>ATTN ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 65320<br>SALT LAKE CITY UT 84165-0320 |
| RightPath Servicing<br>PO Box 619096<br>Dallas, TX 75261-9096 | (p)PEGGY NELSON<br>ATTN STEWARD HEALTHCARE<br>406 W SOUTH JORDAN PARKWAY<br>SUITE 300<br>SOUTH JORDAN UT 84095-3956 | St Marks Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |

| | | |
|---|---|---|
| United States Trustee<br>Washington Federal Bank Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Utah State Tax Commission<br>Attn Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 |
| Tyler S. Wirick<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | eTitle<br>3269 South Main St. #100<br>Salt Lake City, UT 84115-3773 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| R.C. Willey<br>2301 South 300 West<br>Salt Lake City, UT 84115 | Salt Lake Regional Medical Center<br>1050 E. South Temple<br>Salt Lake City, UT 84102 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Community Loan Servicing, LLC | (u)Lakeview Loan Servicing, LLC | End of Label Matrix<br>Mailable recipients 34<br>Bypassed recipients 2<br>Total 36 |

JUSTIN M. MYERS (10043)
Justin M, Myers, Attorney-at-Law, LLC
1122 W. South Jordan Pkwy, Suite A
South Jordan, Utah 84095
Telephone: (801) 572-0504
Facsimile: (801) 326-4706

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In Re: <br> RENE M CARCAMO <br><br> Debtor(s). | Case No.: 22-20621 <br><br> Chapter:   13 <br><br> Filed Electronically |
|---|---|

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS FOR NON-COMPLIANCE WITH CONFIRMATION ORDER
---

   Debtor(s), through counsel Justin M. Myers, Attorney at Law, LLC, respectfully object to the Trustee's Motion to Dismiss for Non-compliance with Confirmation Order and move the Court to abate the Chapter 13 payments and modify the Chapter 13 Plan pursuant to 11 USC 1325 and Rule 3015(g).   In support of this objection, Debtor(s) assert the following:

1. Debtor(s) request an abatement of $2,030.00 as payments due through July 25, 2023.
2. The following factors caused Debtor(s) to fall behind on the Chapter 13 plan payments:
    a. Debtor had some temporary financial setbacks.
3. Debtor(s) seek to modify the plan payment as necessary to maintain feasibility of the Chapter 13 plan.
4. Debtor(s) are confident they will be able to make future plan payments on-time.
   WHEREFORE, the Debtor(s) respectfully request an abatement be granted, the Trustee's Motion to Dismiss be denied and Debtor(s)' Motion to Modify Plan be granted.

DATED: August 7, 2023                             /s/ Justin Myers

                                                                _____
                                                                Attorney for Debtor(s)

JUSTIN M. MYERS (10043)
Justin M, Myers, Attorney-at-Law, LLC
1122 W. South Jordan Pkwy, Suite A
South Jordan, Utah 84095
Telephone: (801) 572-0504
Facsimile: (801) 326-4706

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In Re:<br>RENE M CARCAMO<br><br>Debtor(s). | Case No.: 22-20621<br><br>Chapter:   13<br><br>Filed Electronically |
|---|---|

### APPLICATION FOR ALLOWANCE OF COMPENSATION

Under penalty of perjury the undersigned respectfully represents as follows:

Justin M. Myers has practiced law since 2004 and has had experience in Bankruptcy Court since 2004. He currently spends approximately 90% of his billable hours representing Chapter 7 and Chapter 13 clients. He regularly appears in the United States Bankruptcy Court of Utah.

All professional services for which compensation is requested were actually performed by the applicant on behalf of the Debtors, being, in the opinion of the applicant, both reasonable and necessary. The applicant purports to have exercised reasonable billing judgment. The applicant firm, Justin M. Myers, Attorney-at-Law, LLC, is Counsel and makes this Application for Allowance of Compensation for professional service rendered and the reimbursement of out-of-pocket expense necessarily incurred by the applicant in the representation of said Debtors. Attached here as Exhibit A is a complete accounting for the time spent. All time records summarized in the application are records made at the time services were rendered.

The rate Justin M. Myers charges per hour is $300.00 and is consistent with the amount filled on all other Chapter 7 and Chapter 13 matters.

Ashlee Jensen is a paralegal who has worked for several years at the Justin M. Myers, Attorney-at-Law LLC.  Ashlee Jensen spends almost all of her time working on consumer bankruptcy cases.  Ashlee Jensen's billable rate is $85.00 per hour and is consistent with market rate for paralegals of her skill level.

The rates charged by applicant firm were at all times, since the inception of these proceedings, the normal charges for similar work performed for other clients and are consistent with the rates previously viewed by the Court and charged in the State of Utah by attorneys with a similar expertise.

Other than in connection with this matter, the applicant firm has no relationship with the Debtor, nor does it expect to have any further relations except for winding up these proceedings.

WHEREFORE, the Applicant firm prays the Court to enter its Order authorizing its compensation and payment of fees for services performed in relation to **DEBTOR'S OBJECTION TO MOTION TO DISMISS AND MOTION TO ABATE PLAN PAYMENTS** to Justin M. Myers, Attorney-at-Law, LLC in the total amount of $740.10.

DATED: August 7, 2023

/s/ Justin Myers

_____

Attorney for Debtor(s)

**EXHIBIT "A"**

| 7/14/23 | JMM | review motion to dismiss, email correspondence with client | .3 |
|---|---|---|---|
| 8/4/23 | JMM | Review case and review correspondence with client | .5 |
| 8/7/23 | JMM | Draft Motion to Abate and Application for Allowance of Compensation and Notice, review Court Docket, file Motion, Application for Allowance of Compensation and Notice | 1.1 |
|  | JMM | Review Trustee's Response and Draft Order | .5 |
|  |  |  |  |

2.4 hours for JMM at $300.00 per hour =     $720.00
Costs:34 stamps @ $.65 per stamp=            $22.10
**Total**                                   **$740.10**